## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

C. KIRCHNER UNILIMITED, INC. and
ACE ONLINE MARKETING, INC.,

    Plaintiffs,

v.                                          Case No: 8:15-cv-247-T-30TBM

JORDON E. WILLIAMS, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #25). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    The Court will retain jurisdiction to enforce the terms of the Settlement Agreement and Release for a period of one (1) year.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of August, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record